OPINION — AG — IF THE TRUSTEES OF A PUBLIC TRUST ARE GRANTED SUCH AUTHORITY IN THE TRUST INSTRUMENT, A PUBLIC TRUST MAY BORROW MONEY BY ISSUING NOTES AND MAY SECURE PAYMENT OF SUCH NOTES BY MORTGAGING THE PERSONAL PROPERTY OF THE TRUST. CITE: 60 O.S. 1977 Supp., 178.2 [60-178.2], 60 O.S. 1977 Supp., 178.7 [60-178.7], 60 O.S. 1977 Supp., 176 [60-176](A) (GLENN MCLOUGHLIN)